IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM T. SMITH                                                         PLAINTIFF

v.                              No: 3:21-cv-120-DPM

CRITTENDEN COUNTY
ROAD DEPARTMENT                                                        DEFENDANT

## JUDGMENT

Smith's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 October 2021